IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02449-BNB-KMT

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL NO. 7,

    Plaintiff,

vs.

KING SOOPERS, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to Fed. R. Civ. P. 58(a) and in accordance with the Order entered by the Honorable Magistrate Judge Boyd N. Boland on September 18, 2012, it is ORDERED that :

    1. Plaintiff's Motion for Summary Judgment [Doc. #16] is DENIED.

    2. Defendant's Motion for Summary Judgment and Brief in Support [Doc #17] is GRANTED IN PART and DENIED IN PART as follows:

    a. The plaintiff's request to confirm and enforce the arbitration award entered June 3, 2011, is DENIED;

    b. Final judgment is hereby entered in favor of the defendant and against the plaintiff;

    c. The defendant may have its costs, to be taxed and allowed in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

    d. The defendant's request for attorney fees is DENIED.

DATED at Denver, Colorado, this 20th  day of September, 2012.

FOR THE COURT:

JEFFERY P. COLWELL, CLERK

By: s/ Edward P. Butler
    Edward P. Butler
    Deputy Clerk