IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02449-BNB-KMT

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL NO. 7,

Plaintiff,

v.

KING SOOPERS, INC.,

Defendant.
_____

**ORDER**
_____

As directed by the United States Court of Appeals for the Tenth Circuit, No. 12-1409, in its opinion and order issued on February 28, 2014,

IT IS ORDERED:

(1) Plaintiff's Motion for Summary Judgment [Doc.#16, filed 02/17/2012] and its request to confirm and enforce the arbitration award of Arbitrator Harold G. Wren issued on June 3, 2011, are GRANTED. Judgment shall enter in favor of the plaintiff and against the defendant enforcing the award;

(2) Defendant's Motion for Summary Judgment and Brief in Support [Doc #17, filed 02/17/2012] is DENIED;

(3) The order awarding defendant its costs [Doc. #24, p. 13, ¶ c] is VACATED; and

(4) The plaintiff may have its costs, to be taxed and allowed in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated March 24, 2014.

                                       BY THE COURT:

                                       s/ Boyd N. Boland  
                                       United States Magistrate Judge