# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02449-BNB-KMT

UNITED FOOD & COMMERICAL WORKERS INTERNATIONAL UNION, LOCAL NO. 7,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the Order [40] entered by Magistrate Judge Boyd N. Boland on, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the Motion for Summary Judgment [16] is GRANTED;

    2.  That the request to confirm and enforce the arbitration award of Arbitrator Harold G. Wren issued on June 3, 2011 [16] is GRANTED;

    3.  That **JUDGMENT IS ENTERED** in favor of plaintiff United Food & Commercial Workers International Union, Local No. 7, and against defendant King Soopers, Inc.;

    4.  That the plaintiff is **AWARDED** its costs to be taxed and allowed in the time and manner prescribed by Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 27th day of March, 2014.

                                          FOR THE COURT:

                                    Jeffrey P. Colwell, Clerk

                            By: s/ Brandy Simmons
                                    Brandy Simmons
                                    Deputy Clerk